Argued September 14, affirmed September 29, 1954

## EMMONS et al. v. POWELL BOULEVARD DRIVE-IN THEATRE, INC. et al.

274 P. 2d 564

*Arthur H. Lewis,* of Portland, argued the cause and filed a brief for appellants.

*Wilber Henderson,* of Portland, argued the cause for respondents. With him on the brief was Earl F. G. Hurlburt, of Portland.

Before LATOURETTE, Chief Justice, and ROSSMAN, LUSK and TOOZE, Justices.

### PER CURIAM.

Suit by plaintiffs, adjacent property owners, to enjoin construction of a Drive-In Theatre as a prospective nuisance. The trial court denied the relief sought and dismissed the suit. Plaintiffs appeal.

We find no merit in the appeal.

Affirmed.